**Order entered December 5, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01527-CR

### JOSE RAMON CRUZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-24443-Q**

## ORDER

We **REINSTATE** this appeal.

On August 29, 2017, we abated this appeal and ordered the trial court to conduct a hearing to determine why appellant's brief has not been filed. On November 20, 2017, we received a copy of the trial court's November 9, 2017 order. In the order, the trial court found that appellant wishes to prosecute the appeal but due to complicated issues presented, counsel needed additional time in which to file the brief. The trial court then granted counsel's request for more time and ordered the brief filed by December 9, 2017.

We **ADOPT** the trial court's findings that appellant wants to pursue the appeal but that counsel needs additional time to brief the issues. We **STRIKE** the trial court's order to the

extent it grants additional time. *See* TEX. R. APP. P. 38.6(d) ("the appellate court may extend the time for filing a brief . . .").

We **ORDER** appellant's brief due on or before **DECEMBER 13, 2017.** Counsel is cautioned that the failure to file the brief by that date may result in counsel's removal from the appeal without further notice.


/s/    CAROLYN WRIGHT
        CHIEF JUSTICE